UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-35397 |
| Jermaine A. Blyden ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order Modifying Plan**

This cause, coming to be heard upon Debtor's Motion to Modify Plan, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The confirmed Chapter 13 plan is modified to strike 4908-4910 S Vincennes Condominium Association from Section 3.1.

2. 4908-4910 S Vincennes Condominium Association shall have a secured claim of $19,368.18 in section 3.2 with 0% interest and set monthly payments, to be disbursed by Trustee, in the amount of $500.00.

3. The Debtor's monthly trustee payments shall increase to $2,000.00 beginning in September 2019 and lasting through the end of the case.

4. Nothing in this order shall be construed to make the Trustee perform collections on amounts previously disbursed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  October 17, 2019

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
847.972.6157