UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-35397 |
| Jermaine A. Blyden | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Modifying Plan

This cause, coming to be heard upon Debtor's Motion to Modify Plan, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. Debtor's Motion is GRANTED as set forth herein.

2. Effective March 2020, Debtor shall make monthly Trustee payments in the amount of $2,200.00 for the remainder of the case.

3. The Debtor's Chapter 13 Plan is modified to provide that the current plan default through February 2020 is deferred.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 19, 2020

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
847.972.6157