UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-35397 |
|   Jermaine A. Blyden | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
|   Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY PLAN, the court having jurisdiction, with due notice having been given, IT IS HEREBY ORDERED AS FOLLOWS:

1. Notwithstanding the language in 3.1 of the national model plan, the Trustee shall continue to disburse on 4908-4910 S. Vincennes Condominium Association 's secured claim until otherwise ordered.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: **May 5, 2021**

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

Rev: 20170105_bko