**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 18-35397 |
| Jermaine A. Blyden | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } Judge Barnes |

# NOTICE OF MOTION

TO:

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan, Ste 800, Chicago, IL 60604, via electronic court notification;

Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217, via U.S. Mail;

4908-4910 S Vincennes Condominium Association, c/o Cervantes, Chatt, & Prince PC, 16w343 83rd St Ste A, Burr Ridge, IL 60527 via U.S. Mail;

Ronald J. Kapustka, Attorney for 4908-4910 S Vincennes Condominium Association, Kovitz Shifrin Nesbit, 175 N. Archer Ave., Mundelein, IL 60060, via U.S. Mail;

Insync Property Management, PO Box 5032, Chicago, IL 60680, via U.S. Mail;

Capital One Auto Finance, PO Box 30285, Salt Lake City, UT 84130, via U.S. Mail;

First Bank of Puerto Rico, PO Box 9146, San Juan, PR 00908, U.S. Mail;

Jermaine A. Blyden, 4910 S. Vincennes Ave., Unit 2, Chicago, IL 60615; via U.S. mail;

SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE that on February 3, 2022, at 1:30 p.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on January 10, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

```
Label Matrix for local noticing          4908-4910 S. Vincennes Condominium Associatio   Capital One Auto Finance c/o AIS Portfolio S
0752-1                                   C/O Cervantes Chatt & Prince PC                 P.O. BOX 4360
Case 17-07279                            16w343 83rd St Ste A                            Houston, TX 77210-4360
Northern District of Illinois            Burr Ridge, IL 60527-7950
Eastern Division
Mon Dec 24 09:07:39 CST 2018

Capital One Auto Finance c/o AIS Portfolio S   Capital One Auto Finance, a division of Capi   U.S. Bankruptcy Court
4515 N Santa Fe Ave. Dept. APS                 P.O. BOX 165028                                Eastern Division
Oklahoma City, OK 73118-7901                   IRVING, TX 75016-5028                          219 S Dearborn
                                                                                              7th Floor
                                                                                              Chicago, IL 60604-1702

4908-4910 S. Vincennes Condominium Associati   Cach, LLC                                      (p)CAINE & WEINER COMPANY
c/o Cervantes Chatt & Prince P.C.              PO Box 5980                                    12005 FORD ROAD 300
16W343 83rd Street, Suite A                    Littleton, CO 80127                            DALLAS TX 75234-7262
Burr Ridge, IL 60527-7950

Capital One                              Capital One Auto Finance                       Capital One Auto Finance
Attn: General Correspondence/Bankruptcy  Attn: General Correspondence/Bankruptcy        a division of Capital One, N.A.
Po Box 30285                             Po Box 30285                                   P.O. Box 165028
Salt Lake City, UT 84130-0285            Salt Lake City, UT 84130-0285                  Irving TX 75016-5028

Capital One Auto Finance c/o AIS         Capital One Bank (USA), N.A.                   Chase Cardmember Services
Portfolio Services, LP f/k/a AIS Data    PO Box 71083                                   PO Box 15678
Services d/b/a/ Ascension Capital Group  Charlotte, NC  28272-1083                      Wilmington, DE 19885-5678
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Cimarron Mtg                             City of Chicago                                City of Chicago Department of Finance
Po Box 1325                              Department of Finance                          c/o Arnold Scott Harris P.C.
Ruston, LA 71273-1325                    PO Box 88292                                   111 W. Jackson Blvd Ste. 600
                                         Chicago, IL 60680-1292                         Chicago, IL 60604-3517

Convergent Outsourcing                   Fed Loan Sevicing                              First Bank of Puerto Rico
PO Box 9004                              Po Box 69184                                   PO Box 9146
Renton, WA 98057-9004                    Harrisburg, PA 17106-9184                      San Juan, PR 00908-0146

First Premier Bank                       Fst Premier                                    Internal Revenue Service
601 S Minneapolis Ave                    601 S Minneapolis Ave                          PO BOX 7346
Sioux Falls, SD 57104                    Sioux Falls, SD 57104                          Philadelphia, PA 19101-7346

Lou Harris Company                       Navient                                        Navient Solutions, LLC on behalf of USA Fund
1040 S Milwaukee Ave Ste                 Attn: Bankruptcy                               Attn: Bankruptcy Litigation Unit E3149
Wheeling, IL 60090-6375                  Po Box 9500                                    PO Box 9430
                                         Wilkes-Barr, PA 18773-9500                     Wilkes Barre, PA  18773-9430

Onemain Financial/Citifinancial          Pentagon FCU                                   Pentagon Federal Cr Un
6801 Colwell Blvd                        Po Box 1432                                    Attention: Bankruptcy Department
Ntsb-2320                                Alexandria, VA 22313-1432                      2930 Eisenhower Ave
Irving, TX 75039-3198                                                                   Alexandra, VA 22314-4557
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Provident/1st Advantag<br>701 E 22nd St Ste 125<br>Lombard, IL 60148-5096 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd Suite 200<br>Charlotte, NC 28217-1930 | RoundPoint Mortgage Servicing Corporation<br>c/o The Wirbicki Law Group, LLC<br>33 W. Monroe St., Ste.1140<br>Chicago, IL 60603-5332 | Roundpoint Mtg<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217-1918 |
| SunTrust<br>PO BOX 79041<br>Baltimore, MD 21279-0041 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | Us Dept Ed<br>Ecmc/Bankruptcy<br>Po Box 16408<br>St Paul, MN 55116-0408 |
| Usa Funds/sallie Mae Servicing<br>Cbe Group<br>Po Box 900<br>Waterloo, IA 50704-0900 | David Freydin<br>Law Offices of David Freydin Ltd<br>579 W. North Ave<br>Suite 203<br>Elmhurst, IL 60126-2144 | Jermaine A Blyden<br>4910 S. Vincennes Ave, Unit 2<br>Chicago, IL 60615-2418 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>21210 Erwin St<br>Woodland Hills, CA 91367 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK(USA),N.A.<br>(ORCHARD BANK)<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)RoundPoint Mortgage Servicing Corporation | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                  44 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**In the Matter of**:

Jermaine A. Blyden

**Debtor(s)**

Case No. 18-35397

Chapter 13

Judge Barnes

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through his attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, state as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 18-35397 on December 22, 2018.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on March 7, 2019, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 100.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires him to pay $1,600.00 per month for 60 months.

5. That on October 18, 2019, this Honorable Court entered an order increasing Debtor's Chapter 13 payments to $2,000.00 per month (effective September 2019) for the remainder of the case.

6. That on March 19, 2020, this Honorable Court entered an order increasing the Debtor's Chapter 13 payments to $2,200.00 per month (effective March 2020) for the remainder of the case.

7. That the Debtor lost his job in August 2021 and was out of work until November 2021.

8. That as a result of the loss of income and despite his best efforts, Debtor fell behind on his Chapter 13 Plan payments and has been unable to cure the default.

9. That the Debtor has recently found two new jobs and can afford to resume making payments via Order to Employer to Pay the Trustee.

10. That the Debtor asks this Honorable Court to defer the current default so that he may successfully complete his Chapter 13 case, continuing to pay 100% to all creditors.

11. That by deferring the current default, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert case to one arising under Chapter 7 of the Bankruptcy Code.

12. That the Debtor filed the instant case in good faith and intends to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. That this Honorable Court enter an order modifying the Debtor's Chapter 13 Plan in order to defer the default through January 2022.

B. For such other and further relief this Court deems just and proper.

Respectfully submitted,

/s/ David Freydin
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157